KENNETH JOHNSON, a/k/a KENNETH THOMPSON
v. STATE OF MARYLAND

|No. 120, September Term, 1982.|

*Decided April 7, 1983.*

The cause was argued before MURPHY, C. J., and SMITH, ELDRIDGE, DAVIDSON, RODOWSKY and COUCH, JJ.

*Gary S. Offutt, Assistant Public Defender,* with whom was *Alan H. Murrell, Public Defender,* on the brief, for appellant.

*W. Charles Rogers, III, Assistant Attorney General,* with whom was *Stephen H. Sachs, Attorney General,* on the brief, for appellee.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 7th day of April, 1983

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.